■ VIRGINIA C. CONNOLLEY, Respondent, v. ROBERT E. CONNOLLEY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ CROMPTON-RICHMOND Co., INC., Respondent, v. GEORGE B. DUCKOWNEY, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST STATEN.— Motion to dismiss appeal granted. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ In the Matter of WEK CAPITAL CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and GRETCHEN CLUMPNER, Intervenor-Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

(March 12, 1957)

■ In the Matter of JAMES McKEOWN et al., Respondents, against EDWARD F. CAVANAGH, as Commissioner of the Fire Department of the City of New York, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ BERTHA B. MARGOLIES, as Administratrix of the Estate of EMANUEL MARGOLIES, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— The award of $75,000 on the record before this court is excessive. Accordingly the judgment appealed from is unanimously modified, in accordance with the provisions of subdivision 2 of section 584 of the Civil Practice Act, by reducing the award to $50,000 (see Leonard v. Frantz Co., 268 App. Div. 144, 148). The judgment appealed from is modified accordingly and, as so modified, affirmed, without costs. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.